**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Mustafa RIVERS, Defendant—**
**Appellant.**

**No. 05–10672.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Decided July 27, 2006.

Karyn Kenney, Esq., Las Vegas, NV, for Plaintiff-Appellee.

Anthony P. Sgro, Esq., Las Vegas, NV, for Defendant-Appellant.

Before: ALARCÓN, HAWKINS and THOMAS, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM ***

Mustafa Rivers appeals from the district court's judgment and 57–month sentence imposed following his guilty-plea conviction for armed bank robbery, in violation of 18 U.S.C. § 2113(a) & (d).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Rivers has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Rivers has not filed a pro se supplemental brief, and the government has not filed an answering brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily).

Counsel's motion to withdraw is GRANTED, and this appeal is DISMISSED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.